UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
NOV 27 2007
CLERK US DISTRICT COURT
NORFOLK, VA

HAROLD W. DEAN, JR., #321959,

    Petitioner,

v.                    CIVIL ACTION NO. 2:07cv320

GENE M. JOHNSON, Director of the
Virginia Department of Corrections,

    Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of federal rights pertaining to Petitioner's conviction on November 12, 2002, in the Circuit Court for the County of Chesterfield, Virginia, for one (1) count of rape, one (1) count of indecent liberties with a minor, and one (1) count of aggravated battery, as a result of which he was sentenced to serve ten (10) years in the Virginia penal system.

The matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure, and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, for report and recommendation. The report of the Magistrate Judge recommending dismissal of the petition was filed on November 1, 2007. By copy of the report, each party was

advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the Magistrate Judge's Report and Recommendation and the time for filing same has expired.

The Court hereby ADOPTS the findings and recommendations set forth in the report of the United States Magistrate Judge filed on November 1, 2007, and it is, therefore, ORDERED that the petition be DENIED and DISMISSED WITH PREJUDICE and that judgment be entered in favor of Respondent.

Accordingly, the Court FINDS that the claims set forth in the instant petition are barred by the statute of limitations and procedurally barred before this Court.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment. The Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right." Therefore, the Court, pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure, declines to issue a certificate of appealability. <u>See</u> <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 335-36 (2003).

    The Clerk shall mail a copy of this Order to Petitioner and to counsel of record for Respondent.

                                              /s/
                                  Raymond A. Jackson
                                  United States District Judge

                                UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

November 27, 2007